THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG LEWIS, Appellant.

Submitted May 11, 2009; decided June 4, 2009

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY MYNIN, Appellant.

Submitted June 1, 2009; decided June 4, 2009

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

ANNA PEZHMAN, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted April 20, 2009; decided June 4, 2009

Motion for reargument of motion for leave to appeal denied [*see* 12 NY3d 796 (2009)].